■ In the Matter of MICHAEL TODD M. (Appeal No. 2.)— Order unanimously affirmed without costs. Same memorandum as in Matter of John Lawrence M. ([appeal No. 1] 142 AD2d 950 [decided herewith]). (Appeal from order of Erie County Family Court, Notaro, J.—permanent neglect.) Present —Boomer, J. P., Green, Pine, Lawton and Davis, JJ.